IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| SLEP-TONE ENTERTAINMENT CORPORATION,<br>    Plaintiff,<br><br>v.<br><br>SELLIS ENTERPRISES, INC. d/b/a ROCKY VANDERS CAFE & BAR, an Illinois corporation and SUSAN SELLIS, an individual.<br>    Defendants. | CASE NO.: 13-cv-8070<br><br>Judge Edmond E. Chang<br><br>Magistrate Judge Daniel G. Martin |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT[1]**

The Plaintiff, SLEP-TONE ENTERTAINMENT CORPORATION ("Slep-Tone"), by its undersigned counsel, brings this motion for an extension of time to respond to Defendants' motion to dismiss Slep-Tone's Complaint, and in support states as follows:

1.  Slep-Tone filed its First Amended Complaint on September 26, 2014 (Doc. 50).

2.  On October 17, 2014, the Defendants, Sellis Enterprises, Inc. dba Rocky Vanders Cafe & Bar and Susan Sellis ("Defendants") filed a Motion to Dismiss the complaint (Doc. 51).

3.  On October 29, 2014 the Court entered a briefing schedule ordering Slep-Tone to respond by November 12, 2014 and Defendants to reply by November 19, 2014 (Doc. 53).

---

[1] Slep-Tone's counsel emailed counsel for the Defendants asking whether there would be an objection to the motion as required pursuant to the Court's standing order. Defendants' counsel did not respond to the inquiry prior to the filing of this motion.

1

4. Due to various conflicts in counsel's schedule, in addition to simultaneous deadlines in other cases, Slep-Tone respectfully requests an additional two (2) days, to and through November 14, 2014 to file its response.

5. Slep-Tone makes this request for an extension of time in good faith and not to delay or otherwise interfere with these proceedings.

6. Slep-Tone has no objection to Defendants filing their reply by November 21, 2014, allowing them also two (2) additional days.

7. The next status hearing in this case is scheduled for December 9, 2014 (Doc. 53) so a slight adjustment to the briefing schedule should not otherwise affect the Court's calendar.

WHEREFORE Slep-Tone Entertainment Corporation seeks entry of an order granting it an extension of time to and through November 14, 2014 to file its response to Defendants' motion to dismiss and any other relief this Court deems just and proper.

Respectfully Submitted,

/s/ Vivek Jayaram, Esq.

Vivek Jayaram, Esq.
Jayaram Law Group, Ltd.
33 N. LaSalle Street
Suite 2900
Chicago, IL 60602
vivek@jayaramlaw.com
Tel: 312.454.2859
Fax: 312.551.0322
Counsel for the Plaintiff

## CERTIFICATE OF SERVICE

I, Vivek Jayaram, hereby certify that on November 12, 2014, I filed Slep-Tone's Motion for Extension of Time to Respond to Defendants' Motion to Dismiss by using the Court's CM/ECF electronic filing service, which will serve the following attorneys of record electronically:

Matthew M. Saffar
The Law Offices of Matthew M. Saffar, LLC
800 E. Northwest Highway, Suite 1095
Palatine, IL 60074
Tel: (847)259-6647
saffarlaw@gmail.com
*Attorney for Defendants*

/s/ Vivek Jayaram, Esq.

Vivek Jayaram, Esq.
Jayaram Law Group, Ltd.
33 N. LaSalle Street
Suite 2900
Chicago, IL 60602
vivek@jayaramlaw.com
Tel: 312.454.2859
Fax: 312.551.0322
Counsel for the Plaintiff